1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11  KEVIN JUNIOR MORGAN,                    Case No. 2:18-cv-05918-MAA

12                          Petitioner,

13            v.                           **JUDGMENT**

14  CRAIG KOENIG, Warden,

15                          Respondent.

16

17          Pursuant to the Memorandum Decision and Order Denying Petition for Writ

18  of Habeas Corpus,

19          IT IS ORDERED AND ADJUDGED that the Petition is denied and the

20  action is dismissed with prejudice.

21

22  DATED:  November 18, 2020

23

24  _____
    MARIA A. AUDERO
25  UNITED STATES MAGISTRATE JUDGE

26

27

28